**FILED**
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN ALFONSO CARDENAS-MARTINEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. 08CR2172-JAH <br><br> I N F O R M A T I O N <br><br> Title 8, U.S.C., Sec. 1325 - <br> Illegal Entry (Misdemeanor); <br> Title 8, U.S.C., Sec. 1325 - <br> Illegal Entry (Felony); <br> Title 8, U.S.C., Sec. 1325 - <br> Illegal Entry (Felony) |

The United States Attorney charges:

### Count 1

On or about 2/2000 _____, within the Southern District of California, defendant JUAN ALFONSO CARDENAS-MARTINEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:lg:San Diego
6/13/08

## Count 2

On or about 3/2003, within the Southern District of California, defendant JUAN ALFONSO CARDENAS-MARTINEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about June 1, 2008, within the Southern District of California, defendant JUAN ALFONSO CARDENAS-MARTINEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 30, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney