1  KAREN P. HEWITT
   United States Attorney
2  SABRINA L. FEVE
   Assistant U.S. Attorney
3  California State Bar No. 226590
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7854 / (619) 235-2757 (Fax)
   Email: Sabrina.Feve@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR2172-JAH
                                     )
11                  Plaintiff,       )
                                     )    NOTICE OF APPEARANCE
12          v.                       )
                                     )
13  JUAN ALFONSO CARDENAS-MARTINEZ, )
                                     )
14                  Defendant.       )
                                     )
15  _____ )

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23  activity in this case:

24       Name (If none, enter "None" below)

25       None.

26  //

27  //

28  //

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    Name (If none, enter "None" below)

6    None.

7    Please call me if you have any questions about this notice.

8    DATED:  August 19, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Sabrina L. Feve
SABRINA L. FEVE
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Sabrina.Feve@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2172-JAH |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JUAN ALFONSO CARDENAS-MARTINEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, SABRINA L. FEVE, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.   Victor N. Pippins, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008.

s/ *Sabrina L. Feve*
SABRINA L. FEVE